IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CORRINA J. MURATELLA, | |
| Plaintiff, | 4:16-CV-3168 |
| vs. | |
| NATIONAL RURAL ELECTRIC COOPERATIVE ASSOCIATION, | JUDGMENT |
| Defendant. | |

On the parties' Joint Stipulation of Dismissal (filing 45), this action is dismissed in its entirety, with prejudice, each party to bear its own costs.

Dated this 23rd day of August, 2017.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge